LIAM J. GARLAND (State Bar No. 215466)
CONNIE Y. CHUNG (State Bar No. 223120)
NISHA N. VYAS (State Bar No. 228922)
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (213) 387-8400
FAX: (213) 381-8555

Attorneys for Plaintiff

LARRY R. NELSON (State Bar No. 97291)
EDWIN C. MANN (State Bar No. 123685)
555 West Fifth Street, Suite 320
Los Angeles, CA 990013-1010
TEL: (213) 833-0155
FAX: (213) 833-0160

Attorneys for Defendants

FILED
CLERK, U.S DISTRICT COURT
JAN 3 0 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

DOCKETED ON CM
JAN 3 1 2006

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>JASON CHO, et al.,<br><br>Defendants. | Case No.: CV05-8459 RSWL (MANx)<br><br>[THE HON. RONALD S. W. LEW]<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Motion Hearing Date & Time: None Set |

WHEREAS defense counsel contacted Plaintiff's counsel on December 29, 2005 and January 4, 2006 to request an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS defense counsel was not sure at those points which of the named Defendants he would be representing;

(13)

---

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT
Error! Unknown switch argument.

1  WHEREAS there are multiple corporate and individual Defendants in this case that
2  have been served at various times and locations;
3  WHEREAS in light of the numerous Defendants, and in light of the confusion
4  regarding their actual representation by counsel in this case and/or their involvement
5  in this case, and the dates of service of summons, counsel for parties reached an
6  agreement to extend the time for Defendants to answer or otherwise respond to
7  Plaintiff's Complaint until sixty days after Defendant Jason Cho had been served;
8  The parties to this action, through their respective attorneys of record, STIPULATE
9  and AGREE to an extension of time for Defendants to answer or otherwise respond to
10 Plaintiff's Complaint to February 20, 2006.

12 IT IS SO STIPULATED.

14 Dated: January 27, 2006

Connie Y. Chung
Attorney for Plaintiff HOUSING RIGHTS CENTER

18 Dated: January 26, 2006

Edwin Mann
Attorney for Defendants JASON CHO;
H/P III, LTD.; 1800 STATE STREET,
LTD.; 1800 STATE STREET, CORP.;
JJ & G CORPORATION; VIRGINIA
MARTINEZ; EMMA WU

23 IT IS SO ORDERED.

25 Dated: 1/30/06

RONALD S.W. LEW

THE HON. RONALD S. W. LEW
UNITED STATES
DISTRICT COURT JUDGE

---

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT
Error! Unknown switch argument.

# CERTIFICATE OF SERVICE

I am over the age of 18 years and am not a party to the within action. My business address is 520 S. Virgil Ave., Suite 400, Los Angeles CA 90020

On January 27, 2006 I served a true and correct copy of the following document(s):

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

upon the following person(s):

Larry R. Nelson
Edwin C. Mann
555 West Fifth Street, Suite 320
Los Angeles, CA 990013-1010

*Attorney for Defendants Jason Cho; H/P III , LTD.; 1800 State Street Corp.; JJ&G Corporation; Virginia Martinez; Emma Wu;* 1800 State Street LTD

in the following manner(s):

|   | |
|---|---|
|   | BY HAND DELIVERY: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) st forth above. |
| X | BY MAIL: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Pasadena, California, addressed as set forth above. |
|   | BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY): By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day |
|   | BY FACSIMILE: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 27, 2006, at Los Angeles, California.

Patricia Perez

1
**CERTIFICATE OF SERVICE**